UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| i2, INC., a Delaware corporation; and i2 LIMITED, a British limited company registered in England and Wales,<br><br>        Plaintiffs,<br><br>v.<br><br>PALANTIR TECHNOLOGIES, INC., a Delaware corporation; SHYAM SANKAR, an individual; DR. ASHER SINENSKY, an individual; SRS ENTERPRISES, LLC, a Florida limited liability company; and NOCHUR SANKAR, an individual,<br><br>        Defendants. | Civil Action No. 1:10-cv-00885-LO-JFA |

**DECLARATION OF MELISSA J. MIKSCH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LIMITED EXPEDITED DISCOVERY AND MOTION FOR A PROTECTIVE ORDER**

I, MELISSA J. MIKSCH, declare and say that:

1. I am an attorney licensed to practice law in the State of California and am an associate at the law firm of Keker & Van Nest LLP, located at 710 Sansome Street, San Francisco, California 94111, counsel for defendants PALANTIR TECHNOLOGIES, INC. in the above-captioned action. I am admitted *pro hac vice* to practice law before this Court.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from The 9/11 Commission Report, authored by the National Commission on Terrorist Attacks Upon the United State (1st ed. 2004).

3. Attached hereto as Exhibit B is a true and correct copy of an article by Siobhan Gorman, entitled *How Team of Geeks Cracked Spy Trade*, and published in the Wall Street Journal on September 4, 2009 at A1 and A14.

4. Attached hereto as Exhibit C is a true and correct copy of the Stipulated Protective Order in the matter of *Connectel, L.L.C. v. Cisco Systems, Inc.*, No. 2:04-cv-00396-LED (E.D. Tex.), filed on May 11, 2005.

5. Attached hereto as Exhibit D is a true and correct copy of the Confidentiality Stipulation and Proposed Order in the matter of *BTG International, Inc. v. Amazon.com, Inc.*, No. 1:04-cv-01264 SLR (D. Del.), filed on June 24, 2005.

6. Attached hereto as Exhibit E is a true and correct copy of the Stipulated Protective Order in the matter of *Tivo, Inc. v. Echostar Commc'ns Corp.*, No. 2:04-cv-00001-DF (E.D. Tex.), filed on February 7, 2005.

7. Attached hereto as Exhibit F is a true and correct copy of the Protective Order in the matter of *Intergraph Hardware Co. v. Dell Computer Corp.*, No. 2:02-cv-00312-TJW (E.D. Tex.), filed on October 23, 2003.

8. Attached hereto as Exhibit G is a true and correct copy of the Agreed Protective Order in the matter of *Broadcom Corp. v. Commonwealth Scientific*, No. 6:09-cv-00513-LED

1
DECL. OF MELISSA J MIKSCH I/S/O OPPOSITION TO PLAINTIFFS' MOTION FOR LIMITED EXPEDITED DISCOVERY AND MOTION FOR A PROTECTIVE ORDER
Civil Action No. 1:10-cv-00885-LO-JFA

508449.01

(E.D. Tex.), filed on April 20, 2010.

9. Attached hereto as Exhibit H is a true and correct copy of the Agreed Protective Order in the matter of *Intel Corp. v. Commonwealth Scientific*, No. 6:06-cv-00551-LED (E.D. Tex.), filed on June 8, 2007.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed in San Francisco, California, on August 23, 2010.

_____
MELISSA J. MIKSCH

2
DECL. OF MELISSA J MIKSCH I/S/O OPPOSITION TO PLAINTIFFS' MOTION FOR LIMITED EXPEDITED
DISCOVERY AND MOTION FOR A PROTECTIVE ORDER
Civil Action No. 1:10-cv-00885-LO-JFA

508449.01