**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| i2 INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>PALANTIR TECHNOLOGIES, INC., et al.,<br><br>*Defendants*. | Civil Action No. 1:10cv885 (LO/JFA) |

**OPPOSITION TO MOTION FOR EXPEDITED DISCOVERY**

Defendants Nochur Sankar[1] and SRS Enterprises, LLC (collectively, the "SRS Defendants"), by counsel and pursuant to Rule 7(F) of the Local Rules of the Eastern District of Virginia, hereby opposes the motion for limited expedited discovery ("Motion") filed by Plaintiffs i2, Inc., and i2 Limited (collectively, "i2") in this lawsuit. For its opposition, the SRS Defendants state as follows:

BACKGROUND

i2 filed the instant lawsuit on or about August 9, 2010. In this action, i2 alleges that the SRS Defendants participated in a "conspiracy" to develop computer software that competes with i2's software. i2 specifically alleges that, beginning in 2006, Defendant Palantir Technologies, Inc. ("Palantir") created competing software using i2's software in violation of a variety of federal and state laws. i2 concedes in its complaint that the SRS Defendants played a minimal role in this purported scheme, but nevertheless maintain that SRS is liable as a purported co-conspirator.

[1] Nochur Sankar is the father of Defendant Shyam Sankar.

Two days after filing its complaint, i2 filed the instant Motion seeking expedited discovery from all of the defendants, including the SRS Defendants. In the Motion, i2 states that Palantir obtained i2's software "proceeding through" the SRS Defendants. See Motion at 3. Nevertheless, the Motion seeks only information from Palantir to determine "the extent of Palantir's misuse of i2's software and trade secret information." See Motion at 3. The Motion, however, does not even allege that the SRS Defendants are currently misusing i2's software, or otherwise engaging in any wrongful conduct.

The Motion also includes a request for a temporary restraining order demanding that all defendants to return any i2 software. Eager to demonstrate no wrongdoing, the SRS Defendants agreed to a stipulation and order returning the i2 software and therefore mooting that "emergency" portion of the request. Nevertheless, i2 continues to seek expedited discovery against all defendants, including the SRS Defendants, apparently in order to search for a basis for another "emergency" preliminary injunction motion against Palantir.

## ARGUMENT

The SRS Defendants oppose i2's Motion for the reasons stated in the Opposition to Plaintiff's Motion for Limited Expedited Discovery and Motion for Protective Order filed by Defendants Palantir Technologies, Inc., Shyam Sankar, and Dr. Asher Sinensky on August 23, 2010.

In addition to the reasons set forth by Palantir, the SRS Defendants oppose the Motion on the grounds that i2's expressed purpose of the discovery does not implicate either of the SRS Defendants. i2 readily concedes that the purpose of the "emergency" discovery is to determine the extent of *Palantir's* purportedly ongoing misuse of i2's software. See Motion at 3. i2 does not seek the discovery to determine whether the SRS Defendants are engaging in any illicit

conduct. See generally, Motion. Indeed, accordingly to the papers filed by i2 in this action, the SRS Defendants' only involvement was the purchase of i2's software years ago. See, e.g., Complaint ¶¶ 4-7, 26-30.

Rule 26(d) of the Federal Rule of Civil Procedure prohibits any discovery prior to a Rule 26(f) conference absent a court order. See Fed. R. Civ. P. 26(d)(1). This Court should not issue any such order unless the plaintiff proves, among other things, irreparable harm resulting from the failure to permit expedited discovery. See Physicians Interactive v. Lathian Systems Inc., Civil Action No. 03-1193-A, 2003 U.S. Dist. LEXIS 22868 (E.D. Va. Dec. 5, 2003). i2 has not discussed – let alone proven – how it would be irreparably harmed absent the expedited discovery. Moreover, there is no legitimate reason for deviating from the normal discovery process and forcing the SRS Defendants to engage in expedited discovery when the purpose of the "emergency" discovery is to search for purported wrongdoings of another party. Especially given the fast pace of litigation in this Court, i2 has not met its burden to justify its expedited discovery request. i2 will have an opportunity to serve discovery in short order. There is no reason for this Court to permit i2 to conduct "emergency" discovery of the SRS Defendants to search for a reason to file another "emergency" motion against a different defendant.

## CONCLUSION

For the foregoing reasons, the SRS Defendants respectfully request that this Court deny the Motion, and award any other relief as it deems just and proper.

Dated: August 23, 2010

Respectfully Submitted,

**NOCHUR SANKAR**

**SRS ENTERPRISES, LLC**

*By Counsel*

**MCGUIREWOODS LLP**

__/s/_Anand V. Ramana__________________
Warren E. Zirkle (VSB No. 15321)
Robert M. Tyler (VSB No. 37861)
Anand V. Ramana (VSB No. 65852)
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22102
Tel: (703) 712-5000
Fax: (703) 712-5220
Email: wzirkle@mcguirewoods.com
Email: rtyler@mcguirewoods.com
Email: aramana@mcguirewoods.com
*Attorneys for Defendants Nochur Sankar*
*and SRS Enterprises, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of August, 2010, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following, and, in addition, I sent complete copies via U.S. Mail to the following:

Robert R. Vieth
MaryBeth W. Shreiner
Cooley LLP
One Freedom Square | Reston Town Center
11951 Freedom Drive
Reston, Virginia 20190-5656
Tel: (703) 456-8000
Fax: (703) 456-8100
Email: rvieth@cooley.com
Email: mshreiner@cooley.com
*Attorneys for Plaintiffs i2 and i2 Ltd.*

Christopher J. Sundermeier
Mark F. Lambert
Neha M. Marathe
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Tel: (650) 843-5000
Fax: (650) 849-7400
Email: sundermeier@cooley.com
Email: mlambert@cooley.com
Email: nmarathe@cooley.com
*Of Counsel for Plaintiffs i2 and i2 Ltd.*

Carl J. Nichols
WilmerHale LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6226
Facsimile: (202) 663-6363
E-mail: carl.nichols@wilmerhale.com
*Attorney for Defendants Palantir Technologies, Inc., Shyam Sankar, and Dr. Asher Sinensky*

Jon Streeter
Eugene M. Paige
Melissa Miksch

Keker & Van Nest, LLP
710 Sansome Street
San Francisco, California 94111
Tel: (415) 391-5400
Email: jstreeter@kvn.com
Email: epaige@kvn.com
Email: mmiksch@kvn.com
*Of Counsel for Defendants Palantir Technologies, Inc., Shyam Sankar, and Dr. Asher Sinensky*

___/s/_Anand V. Ramana__________________

Anand V. Ramana (VSB No. 65852)
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22102
Tel: (703) 712-5000
Fax: (703) 712-5220
E-mail: aramana@mcguirewoods.com
*Attorney for Defendants Nochur Sankar and SRS Enterprises, LLC*