UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

i2, INC., a Delaware corporation; and i2 LIMITED, a British limited company registered in England and Wales,

Plaintiffs,

v.

PALANTIR TECHNOLOGIES, INC., a Delaware corporation; SHYAM SANKAR, an individual; DR. ASHER SINENSKY, an individual; SRS ENTERPRISES, LLC, a Florida limited liability company; and NOCHUR SANKAR, an individual,

Defendants.

Civil Action No. 1:10-cv-00885-LO-JFA

**STIPULATION AND ORDER**

WHEREAS, on August 9, 2010, plaintiffs i2 Inc. and i2 Limited (collectively, "plaintiffs" or "i2") filed a complaint in this Court ("the complaint"); and

WHEREAS, on August 11, 2010, plaintiffs filed a motion for a temporary restraining order or, in the alternative, for a preliminary injunction ("Motion"), which was initially noticed for hearing on August 20, 2010;

WHEREAS the Motion and the complaint were served upon defendants Shyam Sankar and Dr. Asher Sinensky on August 11, 2010, on defendant Palantir Technologies, Inc. ("Palantir") on August 12, 2010, and on defendants SRS Enterprises, LLC and Nochur Sankar on August 14, 2010; and

WHEREAS, the Court rescheduled the hearing on the Motion to August 25, 2010; and

WHEREAS, Palantir, Shyam Sankar, Dr. Asher Sinensky, SRS Enterprises, LLC, and Nochur Sankar (collectively the "Defendants") deny any wrongdoing or liability for any of the purported causes of action set forth in plaintiffs' Complaint; and

WHEREAS, the Defendants contend that they would have been willing to return the materials if requested even in the absence of a motion, and are therefore willing to agree to the terms set forth herein; and

WHEREAS, the parties desire to compromise their differences and avoid the costs and burdens upon the parties and the Court to litigate i2's Motion on an expedited basis;

NOW, THEREFORE, the parties agree as follows:

1. The Defendants shall return to plaintiffs all i2 software applications, and any related hardware and documentation (collectively "i2 products") in their possession, custody or control, except that Defendants' outside counsel and in-house legal staff, and outside experts whom they may employ to assist them, may retain and have access to copies of any such items solely for purposes of this litigation. For purposes of this paragraph, counsel for Palantir may retain any and all i2 dongles, including network dongles, provided that counsel for Palantir notify plaintiffs of the serial number of each such dongle by September 1, 2010;

2. Palantir's counsel shall forensically preserve in a secure manner copies of any such i2 products in the form in which they existed on Palantir's computer systems, servers or other storage devices;

3. The parties recognize and agree that this Stipulation and Order does not require Palantir to cease using any Palantir software products, applications, documentation or utilities (collectively "Palantir products"), even if i2 contends that those Palantir products were created in violation of i2's rights (the parties further recognizing and agreeing that i2 reserves its rights to assert claims with respect to any Palantir products and that the Defendants preserve any and all defenses to any such claims);

4. The Defendants shall provide plaintiffs with certification that the foregoing has been completed by September 1, 2010;

5. Upon the Court's entry of this Stipulation and Order, i2's Motion shall be deemed withdrawn; and

This Stipulation and Order shall not constitute an admission of liability or wrongdoing by any party.

**STIPULATED AND AGREED TO BY:**

PLAINTIFFS i2 INC. AND i2 LIMITED

By: ______________________________

Robert R. Vieth, VSB 24304
MaryBeth W. Shreiner, VSB 75592
COOLEY LLP
One Freedom Square | Reston Town Center
11951 Freedom Drive
Reston, Virginia 20190-5656
Telephone: (703) 456-8000
Facsimile: (703) 456-8100
E-mail: rvieth@cooley.com
E-mail: mshreiner@cooley.com

DEFENDANTS PALANTIR TECHNOLOGIES, INC., SHYAM SANKAR, AND DR. ASHER SINENSKY

By: ______________________________

Carl J. Nichols, VSB 43065
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6226
Facsimile: (202) 663-6363
E-mail: carl.nichols@wilmerhale.com

DEFENDANTS SRS ENTERPRISES, LLC AND NOCHUR SANKAR

By: ______________________________

Warren E. Zirkle, VSB 15321
Robert M. Tyler, VSB 37861
Anand V. Ramana, VSB 65852
MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22102-4215
Telephone: (703) 712-5000
Facsimile: (703) 712-5220
E-mail: wzirkle@mcguirewoods.com
E-mail: rtyler@mcguirewoods.com
E-mail: aramana@mcguirewoods.com

IT IS SO ORDERED

______________________________
Date

______________________________
Liam O'Grady
U.S. District Judge

450794 v8/RE

This Stipulation and Order shall not constitute an admission of liability or wrongdoing by any party.

**STIPULATED AND AGREED TO BY:**

PLAINTIFFS i2 INC. AND i2 LIMITED

By: ______________________________

Robert R. Vieth, VSB 24304
MaryBeth W. Shreiner, VSB 75592
COOLEY LLP
One Freedom Square | Reston Town Center
11951 Freedom Drive
Reston, Virginia 20190-5656
Telephone: (703) 456-8000
Facsimile: (703) 456-8100
E-mail: rvieth@cooley.com
E-mail: mshreiner@cooley.com

DEFENDANTS PALANTIR TECHNOLOGIES, INC., SHYAM SANKAR, AND DR. ASHER SINENSKY

By: ______________________________

Carl J. Nichols, VSB 43065
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6226
Facsimile: (202) 663-6363
E-mail: carl.nichols@wilmerhale.com

DEFENDANTS SRS ENTERPRISES, LLC AND NOCHUR SANKAR

By: ______________________________

Warren E. Zirkle, VSB 15321
Robert M. Tyler, VSB 37861
Anand V. Ramana, VSB 65852
MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22102-4215
Telephone: (703) 712-5000
Facsimile: (703) 712-5220
E-mail: wzirkle@mcguirewoods.com
E-mail: rtyler@mcguirewoods.com
E-mail: aramana@mcguirewoods.com

IT IS SO ORDERED

______________________________
Date

______________________________
Liam O'Grady
U.S. District Judge

450794 v8/RE

This Stipulation and Order shall not constitute an admission of liability or wrongdoing by any party.

**STIPULATED AND AGREED TO BY:**

PLAINTIFFS i2 INC. AND i2 LIMITED

By: ______________________

Robert R. Vieth, VSB 24304
MaryBeth W. Shreiner, VSB 75592
COOLEY LLP
One Freedom Square | Reston Town Center
11951 Freedom Drive
Reston, Virginia 20190-5656
Telephone: (703) 456-8000
Facsimile: (703) 456-8100
E-mail: rvieth@cooley.com
E-mail: mshreiner@cooley.com

DEFENDANTS PALANTIR TECHNOLOGIES, INC., SHYAM SANKAR, AND DR. ASHER SINENSKY

By: ______________________

Carl J. Nichols, VSB 43065
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6226
Facsimile: (202) 663-6363
E-mail: carl.nichols@wilmerhale.com

DEFENDANTS SRS ENTERPRISES, LLC AND NOCHUR SANKAR

By: ______________________

Warren E. Zirkle, VSB 15321
Robert M. Tyler, VSB 37861
Anand V. Ramana, VSB 65852
MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22102-4215
Telephone: (703) 712-5000
Facsimile: (703) 712-5220
E-mail: wzirkle@mcguirewoods.com
E-mail: rtyler@mcguirewoods.com
E-mail: aramana@mcguirewoods.com

IT IS SO ORDERED

Aug 24, 2010
Date

/s/
Liam O'Grady
U.S. District Judge

Liam O'Grady
United States District Judge

450794 v8/RE