UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| i2 INC., a Delaware corporation; and i2 LIMITED, a British limited company registered in England and Wales,<br><br>        Plaintiffs,<br><br>  v.<br><br>PALANTIR TECHNOLOGIES, INC., a Delaware corporation; SHYAM SANKAR, an individual; DR. ASHER SINENSKY, an individual; SRS ENTERPRISES, LLC, a Florida limited liability company; and NOCHUR SANKAR, an individual,<br><br>        Defendants. | Civil Action No. 1:10-cv-00885-LO-JFA |

**DECLARATION OF D. BRADFORD HARDIN, JR.**

  I, D. BRADFORD HARDIN, JR., declare and state that:

  1.  I am an attorney licensed to practice in the Commonwealth of Virginia and before this Court. I am an associate at Wilmer Cutler Pickering Hale and Dorr, LLP, located at 1875 Pennsylvania Avenue, NW, Washington, DC 20006, counsel for defendants Palantir Technologies, Inc., Shyam Sankar, and Dr. Asher Sininsky in the above-captioned action.

  2.  Attached hereto as Exhibit A is a true and correct copy of the June 1, 2006 Analyst's Notebook Development Kit License Agreement, as plaintiff i2 Inc. ("i2") originally attached it as Exhibit J to the August 11, 2010 Declaration of Anthony Carty (Doc. 9) ("Carty Declaration").

  3.  Attached hereto as Exhibit B is a true and correct copy of the license agreement i2

originally attached as Exhibit G to the Carty Declaration.

      4.      Attached hereto as Exhibit C is a true and correct copy of the license agreement i2 originally attached as Exhibit M to the Carty Declaration.

      5.      Attached hereto as Exhibit D is a true and correct copy of the license agreement i2 originally attached as Exhibit S to the Carty Declaration.

      6.      Attached hereto as Exhibit E is a true and correct copy of the license agreement i2 originally attached as Exhibit V to the Carty Declaration.

      7.      Attached hereto as Exhibit F is a true and correct copy of Section 105 of the Computer Information Transactions Act, with the official comments.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 7, 2010, in Washington, D.C.

      Respectfully submitted,

      By:   /s/  D. Bradford Hardin, Jr.