UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| i2 INC., a Delaware corporation, i2 LIMITED, a British limited company registered in England and Wales,<br><br>        Plaintiffs,<br><br>    v.<br><br>PALANTIR TECHNOLOGIES, INC., a Delaware Corporation, SHYAM SANKAR, an individual, DR. ASHER SINENSKY, an individual, SRS ENTERPRISES, LLC, a Florida limited liability company and NOCHUR SANKAR, an individual,<br><br>        Defendants. | CIVIL ACTION NO. 1:10CV885-LO/JFA |

**MEMORANDUM IN SUPPORT OF
<u>JOINT MOTION FOR ENTRY OF A PROTECTIVE ORDER</u>**

The parties expect that they, and perhaps third parties, will produce discovery materials in this case that contain non-public proprietary and confidential information that would harm the parties if the information were disclosed outside of the litigation. This includes documents containing trade secrets or other confidential or proprietary research, development, technical or commercial information, as well as source code, software processes, and supporting documentation.

      The parties have reached an agreement on the terms of a standard Protective Order ("Order") of the type that Courts in this Division typically enter. *Exhibit* 1. The Order allows the parties to designate discovery materials "Confidential" if the materials contain non-public proprietary or commercially sensitive and/or otherwise confidential material. *Id*., ¶ 3. The parties may use confidential discovery materials only in connection with this litigation, and they

may disclose confidential discovery materials only to certain classes of persons identified in the Order. *Id*., ¶¶ 2, 3. The filing of "confidential" discovery material is governed by Local Civil Rule 5, and the Order does not change the requirements of Local Civil Rule 5. *Id*., ¶ 2. The Order also allows the parties to designate particularly sensitive material as "For Litigating Counsel Eyes Only." *Id*., ¶ 5. The Order also gives special protection to source code by enabling the parties to designate this material as "Highly Sensitive Source Code," which then requires the receiving party to comply with additional measures of protection. *Id*., ¶ 6.

For these reasons, the parties respectfully request that the Court grant this Motion and enter the Protective Order attached as *Exhibit 1*.

Dated: October 5, 2010    COOLEY LLP

By: /s/ Robert R. Vieth
Robert R. Vieth, VSB 24304
MaryBeth W. Shreiner, VSB 75592
COOLEY LLP
One Freedom Square | Reston Town Center
11951 Freedom Drive
Reston, VA 20190-5656
Telephone: (703) 456-8000
Facsimile: (703) 456-8100
Email: rvieth@cooley.com
Email: mshreiner@cooley.com

OF COUNSEL

Christopher J. Sundermeier
Mark F. Lambert
Neha M. Marathe
COOLEY LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:  (650) 843-5000
Facsimile:   (650) 849-7400
Email:  sundermeierc@cooley.com
Email: mlambert@cooley.com
Email:  nmarathe@cooley.com

**Attorneys for Plaintiffs**
**i2 Inc. and i2 Limited**

## CERTIFICATE OF SERVICE

   I hereby certify that on the 5th day of October, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Don Bradford Hardin, Jr., Esq.
WILMER CUTLER PICKERING HALE & DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
(202) 663-6000
bradford.hardin@wilmerhale.com

Anand Vijay Ramana, Esq.
MCGUIRE WOODS LLP
1750 Tysons Blvd.
Suite 1800
McLean, VA 22102
(703) 712-5000
aramana@mcguirewoods.com

John W. Keker, Esq.
Jon B. Streeter, Esq.
Eugene M. Paige, Esq.
Elliot R. Peters, Esq.
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400
jchanin@kvn.com
mmiksch@kvn.com
emp@kvn.com
epeters@kvn.com

/s/ Robert R. Vieth
Robert R. Vieth, VSB 24304
COOLEY LLP
One Freedom Square|Reston Town Center
11951 Freedom Drive
Reston, VA 20190-5656
Telephone: (703) 456-8000
Facsimile: (703) 456-8100
Email: rvieth@cooley.com

456255 v1/RE