UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| i2 INC., a Delaware corporation; and i2 LIMITED, a British limited company registered in England and Wales,<br><br>       Plaintiffs,<br><br> v.<br><br>PALANTIR TECHNOLOGIES, INC., a Delaware corporation; SHYAM SANKAR, an individual; DR. ASHER SINENSKY, an individual; SRS ENTERPRISES, LLC, a Florida limited liability company; and NOCHUR SANKAR, an individual,<br><br>       Defendants. | Civil Action No. 1:10-cv-00885-LO-JFA |

**DECLARATION OF JOHN TRINIDAD IN SUPPORT OF DEFENDANT PALANTIR TECHNOLOGIES, INC.'S MOTION TO COMPEL PLAINTIFFS I2 INC. AND I2 LIMITED TO PRODUCE DOCUMENTS**

515959.03

1

I, John E. Trinidad, declare as follows:

1.  I am an attorney admitted to practice in the State of California and before this Court, and an associate in the law firm of Keker & Van Nest LLP, counsel for Defendants Palantir Technologies, Inc., Shyam Sankar and Dr. Asher Sinensky in this action. I make this declaration in support of DEFENDANT PALANTIR TECHNOLOGIES, INC.'S MOTION TO COMPEL PLAINTIFFS I2 INC. AND I2 LIMITED TO PRODUCE DOCUMENTS. Unless otherwise noted, I have personal knowledge of the facts stated in this declaration and, if called upon to do so, could and would competently testify thereto if called as a witness.

2.  The parties met and conferred on their objections to their respective discovery requests for several hours on September 27 and again on October 1, 2010.

3.  On October 8, 2010, in response to Palantir Techonologies, Inc.'s Request for Production to Plaintiffs i2 Inc. and i2 Limited, Set One, Plaintiffs produced 921 documents. A review of this material concluded that this production consisted almost entirely of (a) materials that Palantir had returned to i2 on September 1, 2010; (b) documents previously gathered and submitted to this Court by i2 in the motions it filed in August; (c) product manuals; and (d) i2 training materials.

4.  Attached hereto as **Exhibit A** is a true and correct copy of excerpts from *The 9/11 Commission Report*, a document available at the following URL: http://govinfo.library.unt.edu/911/report/911Report.pdf.

5.  Attached hereto as **Exhibit B** is a true and correct copy of the Markle Report, *Nation at Risk: Policy Makers Need Better Information to Protect the Country*, which I caused to be downloaded form the following URL: http://www.markle.org/downloadable_assets/20090304_mtf_report.pdf.

6.  Attached hereto as **Exhibit C** is a true and correct copy of Palantir Technologies, Inc.'s Request for Production and Interrogatories to Plaintiffs i2 Inc. and i2 Limited, Set One, dated August 30, 2010.

7.  Attached hereto as **Exhibit D** is a true and correct copy of Plaintiffs' Objections

to Defendant Palantir Technologies, Inc.'s First Set of Requests for Production and Interrogatories, dated September 14, 2010.

8. Attached hereto as **Exhibit E** is a true and correct copy of letter from John E. Trinidad to Christopher Sundermeier, dated September 24, 2010.

9. Attached hereto as **Exhibit F** is a true and correct copy of an email from John E. Trinidad to Christopher Sundermeier, dated October 20, 2010.

10. Attached hereto as **Exhibit G** is a true and correct copy of an email from Christopher Sundermeier to John E. Trinidad, dated October 21, 2010.

11. Attached hereto as **Exhibit H** is a true and correct copy of an email from John E. Trinidad to Christopher Sundermeier, dated October 22, 2010.

12. **Exhibit I** was intentionally left blank: there is no Exhibit I to this declaration.

13. Attached hereto as **Exhibit J** is a true and correct copy of a letter from John E. Trinidad to Christopher Sundermeier, dated October 6, 2010.

14. Attached hereto as **Exhibit K** is a true and correct copy of a letter from Christopher Sundermeier to John E. Trinidad, dated October 6, 2010.

15. Attached hereto as **Exhibit L** is a true and correct copy of a letter from Einat Sandman Clarke to John E. Trinidad, dated October 13, 2010.

16. Attached hereto as **Exhibit M** is a true and correct copy of a letter from John E. Trinidad to Christopher Sundermeier, dated October 11, 2010.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 22, 2010.

By: _____
John E. Trinidad