# EXHIBIT H



Einat Sandman Clarke
(650) 843-5068
eclarke@cooley.com

VIA EMAIL

October 22, 2010

Benjamin Berkowitz, Esq.
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111-1704

RE: *i2 Inc., et al. v. Palantir Technologies, Inc., et al.*
Case No: 1:10-cv-885-LO/JFA

Dear Ben:

I write in response to your October 14, 2010 letter regarding i2's Responses to Palantir's First Set of Interrogatories.

i2 intends to supplement its response to Interrogatories Nos. 3-5, 8 and 11.

Having reviewed Palantir's Answer and Counterclaim, i2 maintains its objection that COPLINK is not one of the "i2 Products at Issue." The products at issue consist of the software that was alleged to be stolen. By contrast, COPLINK is a wholly separate product line that wasn't even acquired by i2 till July 2009 – nearly three and a half years after the start of the alleged fraud. i2 makes no allegations that COPLINK was similarly stolen. Any argument that the lack of interoperability with COPLINK serves as any sort of justification for theft of *other* i2 products the defendants stole three years before COPLINK became associated with i2 make no logical sense. As such, it is not appropriate to define COPLINK as a product at issue when it has no relevance to the nucleus of operative facts.

i2 will, however, search for and produce non-privileged documents related to the COPLINK transaction with LASD, which is alleged in Palantir's Counterclaim. i2 will also search for and produce non-privileged documents related to the Knowledge Computing Corporation (KCC) co-marketing relationship with Palantir.

With respect to Interrogatory No. 3, we believe that the Interrogatory appropriately identifies each alleged trade secret that i2 contends was misappropriated. i2 withdraws the objection to Interrogatories 3-5 based on the absence of a protective order and will promptly supplement its responses.

In questioning i2's response to Interrogatory No. 5, you appear to argue that the response only applies to ANSDK, the APIs and STLs, but not the remaining items listed in Interrogatory No. 3. However, in i2's response to Interrogatory No. 3, subpart 1, we defined the ANSDK to include the "Documentation" as defined in Sections 1.11 and 1.3 of the License. Additionally in subpart 4 of the same response, the "Documentation" is more explicitly defined to include, among other



Benjamin Berkowitz, Esq.
October 22, 2010
Page Two

specific titles, the "API Release Notes" and "Upgrade Guide." Your criticism of the response is therefore misplaced.

i2's responses to Interrogatories Nos. 6 and 7 are complete and straightforward.

i2 maintains its objection to Interrogatory No. 10.

With respect to the response to Interrogatory No. 13, as explained on previous phone calls, i2 is still confused as to what you mean by "substitutes" and products that compete with i2. The example given was that a notepad and a pen could be a substitute. Nonetheless, this response reflects i2's best information as to current competitors known to i2. We reserve all rights to supplement this response should other information become available.

Very truly yours,

Cooley LLP

Einat Sandman Clarke

ESC:ls

cc:   All counsel of record

892446 v1/HN