UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| i2 INC., a Delaware corporation; and i2 LIMITED, a British limited company registered in England and Wales,<br><br>Plaintiffs,<br><br>v.<br><br>PALANTIR TECHNOLOGIES, INC., a Delaware corporation; SHYAM SANKAR, an individual; DR. ASHER SINENSKY, an individual; SRS ENTERPRISES, LLC, a Florida limited liability company; and NOCHUR SANKAR, an individual,<br><br>Defendants. | Civil Action No. 1:10-cv-00885-LO-JFA |

DECLARATION OF JOHN TRINIDAD IN SUPPORT OF DEFENDANT PALANTIR TECHNOLOGIES INC.'S OPPOSITION TO i2'S MOTION TO COMPEL

**[Attaching Redacted Versions of Exhibits Filed Under Seal]**

I, John E. Trinidad, declare as follows:

1. I am an attorney admitted to practice in the State of California and before this Court, and an associate in the law firm of Keker & Van Nest LLP, counsel for Defendants Palantir Technologies, Inc., Shyam Sankar and Dr. Asher Sinensky in this action. I make this declaration in support of DEFENDANT PALANTIR TECHNOLOGIES INC.'S OPPOSITION TO i2'S MOTION TO COMPEL. Unless otherwise noted, I have personal knowledge of the facts stated in this declaration and, if called upon to do so, could and would competently testify thereto if called as a witness.

2. Attached hereto as **Exhibit A** is a true and correct copy of an email from Mark Lambert to Eugene M. Paige and John E. Trinidad, dated October 28, 2010, and other prior emails that were part of that same email string. **[Redacted Version of Exhibit Filed Under Seal]**

3. Attached hereto as **Exhibit B** is a true and correct copy of an email from Mark Lambert to Eugene M. Paige, dated October 11, 2010, and other prior emails that were part of that same email string. **[Redacted Version of Exhibit Filed Under Seal]**

4. Attached hereto as **Exhibit C** is a true and correct copy of an email from Mark Lambert to Chris Young, Ben W. Berkowitz, and Eugene M. Paige, dated November 8, 2010, and other prior emails that were part of that same email string

5. Attached hereto as **Exhibit D** is a true and correct copy of a letter from MaryBeth W. Shreiner to Ben W. Berkowitz, dated November 16, 2010. **[Redacted Version of Exhibit Filed Under Seal]**

6. Attached hereto as **Exhibit E** is a true and correct copy of a letter from John E. Trinidad to MaryBeth W. Shreiner, dated November 22, 2010. **[Redacted Version of Exhibit Filed Under Seal]**

7. Attached hereto as **Exhibit F** is a true and correct copy of an email from John E. Trinidad to Christopher J. Sundermeier, dated November 23, 2010, and other prior emails that were part of that same email string.

8. Attached hereto as **Exhibit G** is a true and correct copy of a letter from John E. Trinidad to Christopher J. Sundermeier, dated November 24, 2010.

9. Attached hereto as **Exhibit H** is a true and correct copy of an email from Ben W. Berkowitz to Christopher J. Sundermeier, dated November 8, 2010, and other prior emails that were part of that same email string. **[Redacted Version of Exhibit Filed Under Seal]**

10. Attached hereto as **Exhibit I** is a true and correct copy of Plaintiffs' Objections to Defendant Palantir Technologies Inc.'s First Set of Requests for Production, dated September 14, 2010.

11. Attached hereto as **Exhibit J** is a true and correct copy of Plaintiffs' Objections and Responses to Defendant Palantir Technologies Inc.'s Second Set of Requests for Production, dated November 19, 2010.

12. Attached hereto as **Exhibit K** is a true and correct copy of a letter from John E. Trinidad to Christopher J. Sundermeier, dated October 6, 2010.

13. Attached hereto as **Exhibit L** is a true and correct copy of Defendant Palantir Technologies, Inc.'s Supplemental Responses and Objections to i2's Second Set of Interrogatories, dated November 12, 2010. **[Redacted Version of Exhibit Filed Under Seal]**

14. Attached hereto as **Exhibit M** is a true and correct copy of an email from John E. Trinidad to Christopher J. Sundermeier, dated November 29, 2010, and other prior emails that were part of that same email string.

15. Attached hereto as **Exhibit N** is a true and correct copy of an email from Christopher J. Sundermeier to John E. Trinidad, dated November 29, 2010, and other prior emails that were part of that same email string.

16. Attached hereto as **Exhibit O** is a true and correct copy of an email from Christopher J. Sundermeier to John E. Trinidad, dated November 23, 2010, and other prior emails that were part of that same email string.

17. Attached hereto as **Exhibit P** is a true and correct copy of an email from Christopher J. Sundermeier to John E. Trinidad, dated November 24, 2010, and other prior

emails that were part of that same email string.

18. Attached hereto as **Exhibit Q** is a true and correct copy of an email from John E. Trinidad to Christopher J. Sundermeier, dated October 8, 2010, and other prior emails that were part of that same email string.

19. Attached hereto as **Exhibit R** is a true and correct copy of Palantir Technologies, Inc's Objections to i2's Second Set of Document Requests, dated October 21, 2010.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 1, 2010.

By: ______________________________

**John E. Trinidad**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 1, 2010, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Robert R. Vieth, Esq.
COOLEY LLP
One Freedom Square | Reston Town Center
11951 Freedom Drive
Reston, VA 20190-5656
(703) 456-8000
*Attorney for Plaintiffs i2 Inc. and i2 Limited*

Anand Vijay Ramana, Esq.
McGuireWoods LLP (McLean)
1750 Tysons Blvd
Suite 1800
McLean, VA 22102-4215
(703) 712-5000
Email: aramana@mcguirewoods.com
*Attorney for Nochur Sankar and SRS Enterprises, LLC*

by **COURIER**, by placing a true and correct copy in a sealed envelope addressed as shown below, and dispatching a messenger from Nationwide Legal, Inc., with instructions to hand-carry the above and make delivery to the following during normal business hours, by leaving the package with the person whose name is shown or the person authorized to accept courier deliveries on behalf of the addressee.

Christopher J. Sundermeier
Mark F. Lambert
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130

Dated: December 1, 2010

WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/ *D. Bradford Hardin, Jr.*
Carl Nichols, VSB No. 43065
D. Bradford Hardin, Jr., VSB No. 76812
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663 6363
Email: Carl.Nichols@wilmerhale.com
Email: Bradford.Hardin@wilmerhale.com

**Attorneys for Defendants PALANTIR TECHNOLOGIES, INC., SHYAM SANKAR, and DR. ASHER SINENSKY**