# Exhibit A

**Trevor White**

---

**From:** Lambert, Mark [mlambert@cooley.com]
**Sent:** Thursday, October 28, 2010 8:40 AM
**To:** Gene Paige; John E. Trinidad
**Cc:** Sundermeier, Christopher
**Subject:** RE: i2 Inc., et al. v. Palantir Technologies, Inc., et al.

Gene and John,

We'd like to come up to Keker during the middle part of next week to inspect the source code. Can we work on scheduling? Also, can you provide me with the status on the issues we've been addressing in the below e-mail chain.

Thanks very much,

Mark

**Mark F. Lambert**
Cooley LLP
*Office Address:*
3175 Hanover Street
Palo Alto, CA 94304-1130
*Mailing Address:*
Five Palo Alto Square
3000 El Camino Real • Palo Alto, CA 94306-2155
Direct: (650) 843-5003 • Fax: (650) 849-7400
mlambert@cooley.com

---

**From:** Lambert, Mark
**Sent:** Wednesday, October 20, 2010 5:28 PM
**To:** 'Gene Paige'; John E. Trinidad
**Subject:** RE: i2 Inc., et al. v. Palantir Technologies, Inc., et al.

Gene,

I am happy to work with you in this cooperative manner as far as we can take it, and I think we are very close to being of a mind on what's fair for both sides. Thanks again for looking into it.

Mark

---

**From:** Gene Paige [mailto:EPaige@kvn.com]
**Sent:** Wednesday, October 20, 2010 5:21 PM
**To:** Lambert, Mark; John E. Trinidad
**Subject:** RE: i2 Inc., et al. v. Palantir Technologies, Inc., et al.

Dear Mark:

Thank you for your email.

It looks like we are indeed headed down the road to producing [redacted] This is why we would prefer to proceed by way of requests for production of specific items that we can respond to appropriately. However, in the interests of working cooperatively with you, we will look into whether that particular version can be made available with the other source code that we've already agreed to make available..

Regards,
Gene

---

**From:** Lambert, Mark [mailto:mlambert@cooley.com]
**Sent:** Wednesday, October 20, 2010 1:42 PM
**To:** Gene Paige; John E. Trinidad
**Subject:** RE: i2 Inc., et al. v. Palantir Technologies, Inc., et al.

Gene,

Thanks very much for your response. [redacted] will be included. We think that's important, and we just want to know where we stand on that.

Mark

---

**From:** Gene Paige [mailto:EPaige@kvn.com]
**Sent:** Tuesday, October 19, 2010 9:09 PM
**To:** Lambert, Mark; John E. Trinidad
**Subject:** RE: i2 Inc., et al. v. Palantir Technologies, Inc., et al.

Dear Mark:

We appear to disagree on the materials called for by RFP No. 6. However, to avoid a needless dispute, without waiving our position in this regard, and based upon your representation that i2 is not seeking the production of all different versions of Palantir's code, we are willing to make the source code [redacted] available as a courtesy. I can also confirm that we have received the "tools" that you sent to my attention, and are having them installed on a computer as per the protective order.

Regards,
Gene

---

**From:** Lambert, Mark [mailto:mlambert@cooley.com]
**Sent:** Tuesday, October 19, 2010 4:22 PM
**To:** John E. Trinidad; Gene Paige
**Subject:** RE: i2 Inc., et al. v. Palantir Technologies, Inc., et al.

John and Gene,

Following up on this since I don't believe I've heard back. We'd like to start planning the source code analysis. Also, per Gene's October 11 e-mail from last week, we sent up the analysis tools last week. I assume you received them.

Thanks,

Mark

---

**From:** Lambert, Mark
**Sent:** Tuesday, October 12, 2010 11:22 AM
**To:** 'John E. Trinidad'
**Cc:** McIntosh, Jocelyn; 'Bradford.Hardin@wilmerhale.com'; 'aramana@mcguirewoods.com'; Vieth, Bob; Elliot Peters; Gene Paige; Jon Streeter; Clarke, Einat Sandman; Sundermeier, Christopher
**Subject:** RE: i2 Inc., et al. v. Palantir Technologies, Inc., et al.

John,

We don't read RFP No. 6 to be limited to "the latest version" of the relevant Palantir source code. Without prompting a premature dispute about what versions beyond the latest version and [redacted] referenced in Palantir's response to our Interrogatory No.6, we think that interrogatory response places [redacted] code (and at least [redacted]) squarely within the call of that RFP (and Nos. 8, 9 and 25 for that matter). We don't want to impose an undue burden, but we are entitled to examine the code that is likely to lead to admissible evidence. In that spirit, I don't think we're on the precipice of an "each and every version" debate at this point.

Mark

---

**From:** John E. Trinidad [mailto:JTrinidad@kvn.com]
**Sent:** Tuesday, October 12, 2010 9:55 AM
**To:** Lambert, Mark
**Cc:** McIntosh, Jocelyn; 'Bradford.Hardin@wilmerhale.com'; 'aramana@mcguirewoods.com'; Vieth, Bob; Elliot Peters; Gene Paige; Jon Streeter; Clarke, Einat Sandman; Sundermeier, Christopher
**Subject:** RE: i2 Inc., et al. v. Palantir Technologies, Inc., et al.

Mark:

We are looking into your request, but it is unclear to us which request for production (if any) calls for the production of this material. We read i2's Request for Production No. 6 as calling for the latest version of Palantir's relevant source code, not for all historical versions of the functionality found in that source code, which, as you can appreciate, would require a good deal of effort to determine each and every version in which changes had occurred, and thereby impose an undue burden.

Please advise.

-John

---

**From:** Lambert, Mark [mailto:mlambert@cooley.com]
**Sent:** Monday, October 11, 2010 10:37 AM
**To:** John E. Trinidad
**Cc:** McIntosh, Jocelyn; 'Bradford.Hardin@wilmerhale.com'; 'aramana@mcguirewoods.com'; Vieth, Bob; Elliot Peters; Gene Paige; Jon Streeter; Clarke, Einat Sandman; Sundermeier, Christopher
**Subject:** RE: i2 Inc., et al. v. Palantir Technologies, Inc., et al.

John,

Can you confirm that Palantir will also be making available the code [redacted] that is referenced in Palantir's response to Interrogatory No. 6?

Thanks.

Mark

**Mark F. Lambert**
Cooley LLP
*Office Address:*
3175 Hanover Street
Palo Alto, CA 94304-1130
*Mailing Address:*
Five Palo Alto Square
3000 El Camino Real • Palo Alto, CA 94306-2155
Direct: (650) 843-5003 • Fax: (650) 849-7400
mlambert@cooley.com

---

**From:** Sundermeier, Christopher
**Sent:** Friday, October 08, 2010 5:11 PM
**To:** John E. Trinidad
**Cc:** McIntosh, Jocelyn; 'Bradford.Hardin@wilmerhale.com'; 'aramana@mcguirewoods.com'; Lambert, Mark; Vieth, Bob; Elliot Peters; Gene Paige; Jon Streeter; Clarke, Einat Sandman
**Subject:** RE: i2 Inc., et al. v. Palantir Technologies, Inc., et al.

John,

Thank you for confirming that you will produce the source code. We have proposed the use of [redacted] as an escrow company and you have not approved this yet. In the meantime, we will inspect the source code in Keker's offices. Please advise when the source code will be available now that the protective order is in place.

Thanks.

**Christopher Sundermeier**
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Direct: 650-843-5684 Fax: 650-849-7400
Bio: www.cooley.com/sundermeier www.cooley.com/litigation

---

**From:** John E. Trinidad [mailto:JTrinidad@kvn.com]
**Sent:** Thursday, October 07, 2010 5:16 PM
**To:** Sundermeier, Christopher
**Cc:** McIntosh, Jocelyn; 'Bradford.Hardin@wilmerhale.com'; 'aramana@mcguirewoods.com'; Lambert, Mark; Vieth, Bob; Elliot Peters; Gene Paige; Jon Streeter
**Subject:** RE: I2 Inc., et al. v. Palantir Technologies, Inc., et al.

Chris,

Your statement is inaccurate. We have never said that we were unwilling to produce source code; we have only sought to confirm that the parties would operate on a level playing field. As you are well aware, we have proposed a compromise by which the parties can resolve this dispute without resorting to motion practice. You've

made no effort to respond to this compromise.

This dispute arose only because i2 has refused to produce source code beyond a snippet from the SDK. If that is all you claim is at issue in the case, say so. If more source code is at issue in the case, then produce i2's software as part of the exchange so that a meaningful comparison can be made. What you can't do is refuse to produce the i2 source code that you say is relevant for comparison, and then act as if Palantir is refusing to do so. Unfortunately, the situation you apparently intend is for only i2 to be in a position to make comparisons of source code, while preventing Palantir from doing so. That is entirely unfair.

We understand from your email that i2 is refusing to produce its source code, or even to respond to our proposal.

-John

---

**From:** Sundermeier, Christopher [mailto:SUNDERMEIERC@cooley.com]
**Sent:** Thursday, October 07, 2010 4:18 PM
**To:** John E. Trinidad
**Cc:** McIntosh, Jocelyn; 'Bradford.Hardin@wilmerhale.com'; 'aramana@mcguirewoods.com'; Lambert, Mark; Vieth, Bob; McIntosh, Jocelyn
**Subject:** RE: i2 Inc., et al. v. Palantir Technologies, Inc., et al.

John,

By this letter, we understand you to be affirming Palantir's refusal to produce source code as requested. As indicated in my letter of yesterday, we will be filing a motion to compel on this issue promptly.

Thanks

**Christopher Sundermeier**
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Direct: 650-843-5684 Fax: 650-849-7400
Bio: www.cooley.com/sundermeier www.cooley.com/litigation

---

**From:** Julie A. Selby [mailto:JSelby@kvn.com]
**Sent:** Thursday, October 07, 2010 4:01 PM
**To:** Sundermeier, Christopher; 'aramana@mcguirewoods.com'; 'Bradford.Hardin@wilmerhale.com'
**Subject:** i2 Inc., et al. v. Palantir Technologies, Inc., et al.

Please see the attached correspondence from John Trinidad dated October 7, 2010.

Julie A. Selby
Legal Secretary
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111
415-391-5400

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of

avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.