**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

i2 INC., a Delaware corporation, i2 LIMITED, a British limited company registered in England and Wales,

Plaintiffs,

v.

PALANTIR TECHNOLOGIES, INC., a Delaware Corporation, SHYAM SANKAR, an individual, DR. ASHER SINENSKY, an individual, SRS ENTERPRISES, LLC, a Florida limited liability company and NOCHUR SANKAR, an individual,

Defendants.

CIVIL ACTION NO. 1:10CV885-LO/JFA

**PLAINTIFFS' MOTION TO COMPEL RULE 30(b)(6) DEPOSITION**

Pursuant to Federal Rule of Civil Procedure 37 and Local Civil Rule 7, and for the reasons set forth in the accompanying memorandum of law, Plaintiffs i2 Inc. and i2 Limited respectfully request that the Court compel Defendant Palantir Technologies, Inc. to produce witnesses to testify as to topics 1 and 26 through 33 of i2's Rule 30(b)(6) deposition notice.

**CERTIFICATION OF COUNSEL**

The undersigned counsel hereby certifies that before filing this motion counsel has engaged in a good faith effort to resolve the dispute at issue.

Dated: December 30, 2010

By: /s/ Robert R. Vieth

Robert R. Vieth, VSB 24304
MaryBeth W. Shreiner, VSB 75592
COOLEY LLP
One Freedom Square | Reston Town Center
11951 Freedom Drive
Reston, VA 20190-5656
Telephone: (703) 456-8000
Facsimile: (703) 456-8100
Email: rvieth@cooley.com
Email: mshreiner@cooley.com

OF COUNSEL

Christopher J. Sundermeier
Mark F. Lambert
Einat Sandman Clarke
Melissa Keyes
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
Email: sundermeierc@cooley.com
Email: mlambert@cooley.com
Email:eclarke@cooley.com
Email:mkeyes@cooley.com

**Attorneys for Plaintiffs**
**i2 Inc. and i2 Limited**

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of December, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Don Bradford Hardin, Jr., Esq.
WILMER CUTLER PICKERING HALE & DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
(202) 663-6000
bradford.hardin@wilmerhale.com

Anand Vijay Ramana, Esq.
MCGUIRE WOODS LLP
1750 Tysons Blvd.
Suite 1800
McLean, VA 22102
(703) 712-5000
aramana@mcguirewoods.com

John W. Keker, Esq.
Jon B. Streeter, Esq.
Eugene M. Paige, Esq.
Elliot R. Peters, Esq.
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400
jchanin@kvn.com
mmiksch@kvn.com
emp@kvn.com
epeters@kvn.com

/s/ Robert R. Vieth
Robert R. Vieth, VSB 24304
COOLEY LLP
One Freedom Square|Reston Town Center
11951 Freedom Drive
Reston, VA 20190-5656
Telephone: (703) 456-8000
Facsimile: (703) 456-8100
Email: rvieth@cooley.com

464782 v1/RE