JAN 14 2011

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

i2 INC., *et al.*,

Plaintiffs,

v.

PALANTIR TECHNOLOGIES, INC., *et al.*,

Defendants.

Civil Action No. 1:10cv0885 (LO/JFA)

**ORDER**

On Friday, January 14, 2011, counsel for the parties appeared before the court and presented argument on i2's Renewed Motion to Compel Production of Documents and Motion to Compel 30(b)(6) Deposition Testimony (Docket no. 195). Upon consideration of the motion, the memorandum in support (Docket no. 196), defendants' memorandum in opposition (Docket no. 209), i2's reply (Docket no. 213), the arguments of counsel, and for the reasons stated from the bench, it is hereby

ORDERED that the motion is granted in part and denied in part.

Entered this 14th day of January, 2011.

/s/
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia