UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| i2, INC., a Delaware corporation; and i2 LIMITED, a British limited company registered in England and Wales,<br><br>Plaintiffs,<br><br>v.<br><br>PALANTIR TECHNOLOGIES, INC., a Delaware corporation; SHYAM SANKAR, an individual; DR. ASHER SINENSKY, an individual; SRS ENTERPRISES, LLC, a Florida limited liability company; and NOCHUR SANKAR, an individual,<br><br>Defendants. | Civil Action No. 1:10-cv-00885-LO-JFA |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

WHEREAS Plaintiffs/Counterclaim Defendants i2 Inc. and i2 Limited ("i2"), Defendant/Counterclaim Plaintiff Palantir Technologies, Inc. ("Palantir") and Defendants Shyam Sankar, Dr. Asher Sinensky, SRS Enterprises, LLC, and Nochur Sankar (along with i2 and Palantir, the "Parties") have fully resolved their claims and counterclaims in the above-referenced case in a settlement agreement dated January 31, 2011 (the "Settlement Agreement");

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the Parties that pursuant to Fed. R. Civ. P. 41, the above-captioned action is hereby voluntarily dismissed with prejudice and without costs to any party against another; and

IT IS FURTHER STIPULATED AND AGREED by and between the undersigned attorneys for the Parties, that the Court shall retain continuing jurisdiction to enforce the Settlement Agreement of the parties.

**STIPULATED AND AGREED TO BY:**

i2 INC. AND i2 LIMITED

By: ______________________________
Robert R. Vieth, VSB 24304
MaryBeth W. Shreiner, VSB 75592
COOLEY LLP
One Freedom Square | Reston Town Center
11951 Freedom Drive
Reston, Virginia 20190-5656
Telephone: (703) 456-8000
Facsimile: (703) 456-8100
E-mail: rvieth@cooley.com
E-mail: mshreiner@cooley.com

PALANTIR TECHNOLOGIES, INC., SHYAM SANKAR, AND DR. ASHER SINENSKY

By: ______________________________
Carl J. Nichols, VSB 43065
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6226
Facsimile: (202) 663-6363
E-mail: carl.nichols@wilmerhale.com

SRS ENTERPRISES, LLC AND NOCHUR SANKAR

By: ______________________________
Warren E. Zirkle, VSB 15321
Robert M. Tyler, VSB 37861
Anand V. Ramana, VSB 65852
MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22102-4215
Telephone: (703) 712-5000
Facsimile: (703) 712-5220
E-mail: wzirkle@mcguirewoods.com
E-mail: rtyler@mcguirewoods.com
E-mail: aramana@mcguirewoods.com

IT IS SO ORDERED

Feb 10, 2011
Date

/s/
Liam O'Grady
United States District Judge
**Liam O'Grady**
**United States District Judge**

**STIPULATED AND AGREED TO BY:**

i2 INC. AND i2 LIMITED

By: ______________________________

Robert R. Vieth, VSB 24304
MaryBeth W. Shreiner, VSB 75592
COOLEY LLP
One Freedom Square | Reston Town Center
11951 Freedom Drive
Reston, Virginia 20190-5656
Telephone: (703) 456-8000
Facsimile: (703) 456-8100
E-mail: rvieth@cooley.com
E-mail: mshreiner@cooley.com

PALANTIR TECHNOLOGIES, INC., SHYAM SANKAR, AND DR. ASHER SINENSKY

By: ______________________________

Carl J. Nichols, VSB 43065
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6226
Facsimile: (202) 663-6363
E-mail: carl.nichols@wilmerhale.com

SRS ENTERPRISES, LLC AND NOCHUR SANKAR

By: ______________________________

Warren E. Zirkle, VSB 15321
Robert M. Tyler, VSB 37861
Anand V. Ramana, VSB 65852
MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22102-4215
Telephone: (703) 712-5000
Facsimile: (703) 712-5220
E-mail: wzirkle@mcguirewoods.com
E-mail: rtyler@mcguirewoods.com
E-mail: aramana@mcguirewoods.com

IT IS SO ORDERED

______________________________
Date

______________________________
Liam O'Grady
United States District Judge